MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

TARAZI, Mary N.            Crim. No.: 17-CR-20192-01

On January 25, 2018, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation of supervision. The issue of the violation was heard in Court on January 29, 2018, and the Court ordered the supervised release violation to be held in abeyance until February 12, 2018. On February 12, 2018, the Court make the following findings:

X    Guilty of violating the term of supervised release and supervision was continued to its original expiration date of October 4, 2018. The following special conditions of supervision are added:

       TARAZI is allowed to travel to and reside with her family in Dubai, United Emirates for the remainder of her supervised release. If TARAZI returns to the United States prior to her expiration of supervised release, she must immediately contact the probation department.

Respectfully submitted,

s/Dion J. Thomas  
Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 1st Day of March, 2018.

s/George Caram Steeh  
Honorable George Caram Steeh  
United States District Judge