UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CR. NO.  17-CR-20192-01

v.

                               HON. GEORGE CARAM STEEH

MARY N. TARAZI,

        Defendant.
_____/

ORDER FOR PSYCHIATRIC OR
PSYCHOLOGICAL EXAMINATION OF DEFENDANT

This matter coming before the Court on the parties' joint oral motion on May 9, 2018, the Court finds for the reasons stated on the record that there is substantial information indicating that Defendant Mary Tarazi may presently be suffering from a mental disease or defect, the care or treatment for which she is in need of custody in a suitable facility. Accordingly, pursuant to 18 U.S.C. § 4244 it is hereby ordered:

(1) The parties joint motion for a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 4244 is granted;

(2) The United States Marshal for this district and/or the Bureau of Prisons, shall expeditiously designate Ms. Tarazi to a suitable facility where she is to be placed for the purpose of being examined for a reasonable period not to exceed 30 days by a licensed or certified psychiatrist or psychologist pursuant

to the provisions of 18 U.S.C. § 4244(b) and § 4247(b) & (c). The director of the facility at which Ms. Tarazi is evaluated may thereafter apply for a reasonable extension, not to exceed 15 days.

(3) Ms. Tarazi is permitted to self-surrender to the treatment facility, and will be notified of the location of the facility and the date and time at which she is to report.

(4) The Probation Department shall arrange for the previous evaluation reports prepared in this matter through Eastwood Clinic and Dr. Richard Linsk, as well as the pre-sentence investigation report and the supervised release reports, to be forwarded to the Bureau of Prisons.

(5) A psychiatric or psychological report shall be filed with the court pursuant to the provisions of 18 U.S.C. § 4244(b) and § 4247(b) & (c). If the report includes the opinion that Ms. Tarazi is suffering from a mental disease or defect but that she does not require custody for care or treatment in a suitable facility, the report shall also include, pursuant to 18 U.S.C. §4244(b), an opinion by the examiner concerning the sentencing alternatives that could best accord Ms. Tarazi the kind of treatment she does need.

**SO ORDERED**

                                                              s/George Caram Steeh
HONORABLE GEORGE CARAM STEEH
United States District Judge

Date:  May 14, 2018